Kelly J. Bermudez, Esq
972 Broad Street, Suite 500
Newark, New Jersey 07102
212-389-1155 (tele)
347-783-0038 (fax)
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FERNANDEZ-MOROCHO CARLOS ALEJANDRO A# 206-159-744** | |
| **Petitioner,** | |
| **v.** | |
| **TODD BLANCHE.,** in his official capacity as Attorney General of the United States of America, and, **MARKWAYNE MULLIN,** in his official capacity as Secretary of the Department of Homeland Security, (DHS) and, **DAVID VENTURELLA,** in his official capacity as Acting Director, United States Immigration and Customs Enforcement (ICE), and, **WARDEN,** in his official capacity as Warden of Delaney Hall Detention Facility. | **Hon.** Katharine S. Hayden<br>**Civil Action No.** 2:26-cv-09526-KSH |
| *Respondents.* | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Petitioner and Respondents, by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court previously ordered that Petitioner receive a bond hearing, which has since been conducted. Petitioner does not seek any further relief in this habeas proceeding.

Accordingly, the parties stipulate that this action be dismissed without prejudice.

**Counsel for Petitioner**

By: /s/ Kelly Bermudez___
Kelly J. Bermudez, Esq
972 Broad Street, Suite 500
Newark, New Jersey 07102
212-389-1155 (tele)
347-783-0038 (fax)

**Counsel for Respondents**

By: _/s/ Joshua Carmel_____
Joshua Carmel
DOJ-USAO
DISTRICT OF NEW JERSEY
JOSHUA CARMEL
402 EAST STATE STREET
STE 430
TRENTON, NJ 08608

SO ORDERED this day of October 7, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ